FILED

06/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AC 17-0694

Amy Eddy, Asbestos Claims Court Judge
Department No. 1
Flathead County Justice Center
920 South Main Street, Suite 310
Kalispell, Montana 59901
(406) 758-5906

### IN THE ASBESTOS CLAIMS COURT OF THE STATE OF MONTANA

| | |
|---|---|
| IN RE ASBESTOS LITIGATION,<br><br>*Consolidated Cases.* | Cause No. AC 17-0694<br><br>ORDER RE: CASE REASSIGNMENT |

Effective June 22, 2020, in order to better manage and conduct the business of the Asbestos Claims Court, the Court hereby rules as follows:

(1)    Individual district court cases within the jurisdiction of the Asbestos Claims Court are to be migrated into a separate database within FullCourt, which shall be referred to as the Twenty-Third Judicial District.  The Cascade County Clerk of District Court is authorized as the Clerk of Court for this database with all statutory authority to manage this database as (s)he would the Montana Eighth Judicial District Court.  This includes the authority to establish a separate bank account to collect and deposit fees.

(2)    Within their individual judicial districts, the Clerks of District Court are directed to change the case status of all Asbestos Claims Court cases to CLOSED after the cases are migrated into the new database to prevent duplicative reporting and tracking.

(3)    By order of the Montana Supreme Court, Judges Eddy, Cuffe, Kutzman, McMahon, Oldenburg, Parker, Pinski and Wilson are the designated Asbestos Claims Court Judges.  These judges will maintain jurisdiction over their current Asbestos Claims Court cases filed in their respective counties.  The balance of the remaining, current Asbestos Claims Court cases filed in Cascade County, or other counties where there is not a designated Asbestos Claims Court judge, will then be randomly reassigned to Judges Eddy, Cuffe, McMahon, Oldenburg and Wilson.

(4)    All new Asbestos Claims Court cases will be filed in the new Twenty-Third Judicial District and be randomly reassigned to one of the Asbestos Claims Court judges.

(5)    When these cases are reassigned, the parties will have their customary right of substitution under Mont. Code Ann. §3-1-804. If a party files a *Motion to Substitute Judge*, the case will be randomly reassigned to one of the other Asbestos Claims Court judges.

(6)    The Court will enter a separate order regarding the cases currently set on the deferred docket.

DATED 6/17/2020 AND ELECTRONICALLY SIGNED AS NOTED BELOW.

/s/ Amy Eddy

_____

Asbestos Claims Court Judge